IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                          No. 4:13-cr-147-DPM-2

STEVEN SEAN PILE                                         DEFENDANT

### ORDER

The Court will hold a hearing on Pile's motion to suppress, № 47, on 22 May 2014 at 1:00 p.m. Pile's trial will have to be continued until 9 June 2014 at 9:30 a.m. The time leading up to the hearing is excludable under 18 U.S.C. § 3161(h)(1)(D), a provision of the Speedy Trial Act. *United States v. Williams*, 557 F.3d 943, 952 (8th Cir. 2009).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 April 2014